UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                                                                CRIMINAL ACTION NO. 1:06CR-55-R

RYAN MCGEE                                                                              DEFENDANT

**MEMORANDUM & ORDER**

This matter is before the Court on a letter filed by Defendant Ryan McGee requesting a copy of his sentencing transcript because he "is trying to file an appeal, and cannot do so, without his federal sentencing transcripts" (DN 25). The Court construes the letter as a motion for transcript without cost.

A defendant must show that transcripts are "reasonably necessary to present an effective defense [in a] subsequent proceeding." *United States v. Johnson*, 584 F.2d 148, 157 (6th Cir. 1978). Here, Defendant advises that he seeks the sentencing transcript to file an appeal. A review of the record, however, reveals that the judgment and commitment order was entered six months ago on August 3, 2007. An appeal is, therefore, untimely because it must be filed within 10 days after the entry of the judgment being appealed. *See* Fed. R. App. P. 4(b)(1)(A). Further, any request for extension of time in which to file an appeal is also untimely as such a request must be filed within 40 days of the date of entry of judgment. *See* Fed. R. App. P. 4(b)(4). The Court finally notes that by pleading guilty Defendant waived his right to directly appeal his conviction and resulting sentence.

The Court concludes that Defendant has failed to show that the sentencing transcript is reasonably "necessary to present an effective defense [in a] subsequent proceeding." *United States v. Johnson*, 584 F.2d at 157. Accordingly, **IT IS ORDERED** that motion for his sentencing

transcript without cost (DN 25) is **DENIED**.  This ruling in no way prohibits Defendant from having access to the transcript if he pays the court reporter for the cost of the transcription services.[1]

Date:

cc: Defendant
    Counsel of Record

4413.005

---

[1] Should Defendant wish to pay for the cost of transcription, the court reporter at his sentencing hearing was Regina McBride, Room 133, 501 Broadway, Paducah, KY 42001.